THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKRON INDUSTRIES, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>HURD WINDOWS & DOORS, INC. f/k/a MONARCH HURD ACQUISITION COMPANY, an Iowa corporation, HMC, Inc., f/k/a HURD MILLWORK COMPANY, INC., a dissolved Wisconsin corporation, and UIS, Inc., a New Jersey corporation,<br><br>Defendants. | Cause No. C07-0532RSL<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW ATTORNEY APPEARANCE IN CIVIL ACTION |

Bullivant Houser Bailey, PC attorneys Jeffrey S. Eden, Barbara J. Rhoads-Weaver, and Charles A. Lyman moved the Court for leave to withdraw as attorneys for defendants. The parties do not object to the withdrawal, but plaintiff is concerned that a change of counsel will cause delays and necessitate a further continuance of the discovery cutoff and/or trial dates.

Having reviewed the papers submitted by the parties, the Court finds as follows:

(1) The motion for leave to withdraw is GRANTED.

(2) Withdrawal of Jeffrey S. Eden, Barbara J. Rhoads-Weaver, and Charles S. Lyman

as attorneys for defendants Hurd Windows & Doors, Inc., HMC, Inc., and UIS, Inc., is effective as of the date of this Order.

(3) "Corporations and other unincorporated associations must appear in court through an attorney." Licht v. Am. W. Airlines, 40 F.3d 1058, 1059 (9th Cir. 1994). Defendants shall retain new counsel within twenty days from the date of this Order. Discovery shall be stayed until new counsel has appeared.

(4) Defendants' new counsel must be given a reasonable opportunity to review the record in this matter and prepare to defend depositions. Plaintiff's proposed schedule is unreasonably short given the parties' earlier acknowledgement that "[t]his case concerns matters that occurred over several years and in multiple states, and involves both business and technical issues." Dkt. #47. Immediately following retention, new counsel shall consult with plaintiff's counsel in an effort to complete the depositions currently scheduled for August 18, 2008, by mid-October. Any necessary adjustments to the deadlines for expert disclosures and other key deadlines may be made by stipulation and order.

Dated this 18th day of August, 2008.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge